**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JONATHAN KAMNER and OLIVIA KAMNER, individually and as parents of W.K., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>ZEMP INVESTMENTS LLC D/B/A ZEMP TRANSPORT and BRANDEN SCOTT,<br><br>Defendants. | ) | **ORDER**<br><br>Case No.1:26-cv-219 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on Novewmber 30, 2026, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 24th day of August, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court